Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| FRANK PISCIOTTI,<br><br>    Plaintiff & Counterclaim Defendant,<br><br>v.<br><br>ROBERTA BRITTINGHAM,<br><br>    Defendant & Counterclaim Plaintiff. | Civil Action No. 20-cv-5924LK<br><br>DECLARATION OF DAVID A. LOWE IN SUPPORT OF ROBERTA BRITTINGHAM'S MOTION TO COMPEL DISCOVERY |

I, David A. Lowe, declare as follows:

1. I am legal counsel for Defendant and Counterclaim Plaintiff Roberta Brittingham ("Ms. Brittingham"). I make this declaration on person knowledge and confirm that any exhibits hereto are true and accurate copies of the referenced documents.

2. Ms. Brittingham served her first set of Interrogatories on Plaintiff on March 1, 2021. Attached as Exhibit A is a copy.

3. Ms. Brittingham served her first set of Request for Production on Plaintiff on March 1, 2021. Attached as Exhibit B is a copy.

4. Plaintiff served its supplemental responses to Ms. Brittingham's first set of Interrogatories on January 11, 2022. Attached as Exhibit C is a copy. To date, Plaintiff has not provided a certification for the Interrogatories, despite Ms. Brittingham's request.

DECLARATION OF DAVID A. LOWE IN SUPPORT OF ROBERTA BRITTINGHAM'S MOTION TO COMPEL DISCOVERY - 1

Civil Action No. 20-cv-5924LK

KALD-6-0001P009 DEC_DAL

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

5. Plaintiff served its responses to Ms. Brittingham's first set of Requests for Production on April 28, 2021. Attached as Exhibit D is a copy.

6. On August 2, 2021, I first identified in detail discovery deficiencies of Plaintiff to his counsel via email. Between then and January 5, 2022, I sent multiple emails repeatedly requesting a response. While promised, it was not until January 5, 2022 that Plaintiff's counsel responded and agreed to a meet and confer on January 7. During that telephonic meeting, Plaintiff agreed to supplement certain responses to Ms. Brittingham's requests, but refused to withdraw objections or otherwise provide responses or compete responses to Interrogatory Nos. 3, 8-9 and Request for Production No. 7. After confirming that supplemental production occurring January 11 did not address any other deficiencies, the present motion was prepared and filed.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED January 18, 2022.

                s/David A. Lowe

DECLARATION OF DAVID A. LOWE IN SUPPORT OF ROBERTA BRITTINGHAM'S MOTION TO COMPEL DISCOVERY - 2
Civil Action No. 20-cv-5924LK
KALD-6-0001P009 DEC_DAL

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served to all counsel or parties of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

s/ David A. Lowe

DECLARATION OF DAVID A. LOWE IN SUPPORT OF ROBERTA BRITTINGHAM'S MOTION TO COMPEL DISCOVERY - 3

Civil Action No. 20-cv-5924LK

KALD-6-0001P009 DEC_DAL

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301