# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANK PISCIOTTI,<br><br>                Plaintiff,<br>   v.<br><br>ROBERTA BRITTINGHAM,<br><br>                Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 20-CV-05924-LK |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is entered in accordance with the Court's July 1, 2022 Order Denying Plaintiff's Motion for Partial Summary Judgment and Granting In Part and Denying In Part Defendant's Motion for Summary Judgment. Dkt. No. 65.

Dated July 20, 2022.

                                                Ravi Subramanian
                                                Clerk of Court

                                                */s/Natalie Wood*
                                                Deputy Clerk