HON. LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| Frank Pisciotti,<br><br>    Plaintiff & Counterclaim Defendant,<br><br>v.<br><br>Roberta Brittingham,<br><br>    Defendant & Counterclaim Plaintiff. | No. 3:20-cv-05924-LK<br><br>MOTION FOR CLARIFICATION ON SUMMARY JUDGMENT ORDER<br><br>NOTE FOR MOTION:<br><br>8/4/22 |

Plaintiff Frank Pisciotti respectfully seeks clarification on this Court's Order on Summary Judgment (Dkt. No. 65, "Order"). Specifically, Pisciotti respectfully asks this Court to clarify that its Order applies only to Defendant's actions of infringement that were the subject matter of this case; and that the order does not affect Plaintiff's remedies for any acts of infringement that occur after July 1, 2022. Pisciotti is not seeking an

Motion for Clarification
Case No. 3:20-cv-05924-LK– 1

TBILLICK
LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

advisory ruling. Rather, he is seeking clarification that the ruling on the statute of limitations under 17 U.S.C. § 507(b) only applies to infringement actions occurring while there was a dispute as to ownership. *Seven Arts Filmed Ent. Ltd. v. Content Media Corp., PLC*, 733 F.3d 1251, 1254-1258 (9th Cir. 2013) (holding that claims of ownership are "distinct from claims of infringement"). That dispute in ownership is now resolved, and Brittingham is not a co-owner or contributor to the Kaleidoscope Work. Pisciotti seeks to clarify if the Order bars him from pursuing allegations of future acts of infringement by Brittingham.

Respectfully submitted,

TBILLICK LAW, PLLC

By: */s/ Tim Billick*
Tim J. Billick, WSBA No. 46690
600 First Ave
Seattle, WA  98101
Tel: (206) 494-0020

Motion for Clarification
Case No. 3:20-cv-05924-LK– 2



TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

**CERTIFICATION OF ATTEMPT OF MEET AND CONFER**

I, Timothy J. Billick on or about Tuesday July 5, 2022; I offered to discuss this Court's Order with Brittingham's counsel David Lowe. Despite exchanging correspondence over several weeks, we could not agree on the Order's impact on future allegations of infringement.

Respectfully submitted,

TBILLICK LAW, PLLC

By: /s/ *Tim Billick*
Tim J. Billick, WSBA No. 46690
600 First Ave
Seattle, WA  98101
Tel: (206) 494-0020

Motion for Clarification
Case No. 3:20-cv-05924-LK– 3



TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com